## STATE STREET BANK AND TRUST COMPANY *v.*
## JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24404/AC 24405) is denied.

*Jerome T. Dunbar,* pro se, in support of the petition.

*David F. Borrino,* in opposition.

Decided May 12, 2004

## STATE STREET BANK AND TRUST COMPANY *v.*
## JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24404/AC 24405) is dismissed.

*Jerome T. Dunbar,* pro se, in support of the petition.

*David F. Borrino,* in opposition.

Decided May 12, 2004

## STATE STREET BANK AND TRUST COMPANY *v.*
## JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24555) is dismissed.

*Jerome T. Dunbar,* pro se, in support of the petition.

*David F. Borrino,* in opposition.

Decided May 12, 2004